AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

Howard Kier,
on behalf of plaintiff and a class,

V.

Ocwen Loan Servicing, LLC

CASE NUMBER: 15-cv-1145

ASSIGNED JUDGE: Judge Leinenweber

DESIGNATED
MAGISTRATE JUDGE: Magistrate Judge Schenkier

TO: (Name and address of Defendant)

Ocwen Loan Servicing, LLC
c/o Registered Agent Illinois
Corporation Service Company
801 Adlai Stevenson Drive
Springfield, Illinois 62703

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edelman, Combs, Latturner & Goodwin, LLC
20 S. Clark St. Suite 1500
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, __21__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

*[signature]*

(By) DEPUTY CLERK



February 6, 2015

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 2/11/15 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Greg Willing | process server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): corporate serve - left with Lashawn Devos, customer service representative. Female, caucasian, blonde, 40, 5'5", 150

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2/11/15
Date

Signature of Server

2201 Woodlawn, #560, Lincoln, IL 62656
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.