AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Howard Kier,
on behalf of plaintiff and a class,

V.

OCWEN LOAN SERVICING, LLC, MORTGAGE
ELECTRONIC REGISTRATION SYSTEMS, INC., and
FEDERAL NATIONAL MORTGAGE ASSOCIATION a/k/a
FANNIE MAE.

CASE NUMBER: 15-cv-1145

ASSIGNED JUDGE: Judge Leinenweber

DESIGNATED
MAGISTRATE JUDGE: Magistrate Judge Schenkier

TO: (Name and address of Defendant)

Federal National Mortgage Association
a/k/a Fannie Mae
One South Wacker Drive, Suite 1400
Chicago, IL 60606-4667

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edelman, Combs, Latturner & Goodwin, LLC
20 S. Clark St. Suite 1500
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

(By) DEPUTY CLERK



May 6, 2015

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 5/6/15 |
| NAME OF SERVER (PRINT) KELSEY RIDENHOUR | TITLE PARALEGAL |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: One South Wacker Drive, Suite 1900, Chicago, IL 60606

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5/6/15
*Date*

*Signature of Server*

20 S. Clark St., Suite 1500, Chicago, IL 60603
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.