AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

Howard Kier,
on behalf of plaintiff and a class,

V.

OCWEN LOAN SERVICING, LLC, MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC., and FEDERAL NATIONAL
MORTGAGE ASSOCIATION a/k/a FANNIE MAE.

CASE NUMBER: 15–cv–1145

ASSIGNED JUDGE: Judge Leinenweber

DESIGNATED
MAGISTRATE JUDGE: Magistrate Judge Schenkier

TO: (Name and address of Defendant)

Mortgage Electronic Registration Systems, Inc.
c/o Registered Agent Genpact Registered Agent Inc.
1901 East Voorhees Street, Ste. C
Danville, IL 61834.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edelman, Combs, Latturner & Goodwin, LLC
20 S. Clark St. Suite 1500
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

*[signature]*

(By) DEPUTY CLERK

May 6, 2015

DATE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Howard Kier, on behalf of plaintiff and a class,
                              Plaintiff

vs.

Ocwen Loan Servicing, LLC, et al
                         Defendant

Case #
**15-cv-1145**

AFFIDAVIT OF SERVICE

The undersigned, being first duly sworn, on oath deposes and says: that s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of plaintiff corporation, not a party to nor interested in the above entitled action, and its competent to be witness therein.

On **05/20/2015**, at **2:30 PM** at the address of **1901 E. Voorhees St., Ste C, Danville, IL 61834**, this affiant served the **Summons; First Amended Complaint; Amended Motion for Class Certification; Memorandum in Support of Plaintiff's Amended Motion for Class Certification** upon **Mortgage Electronic Registration Systems, Inc. c/o Genpact Registered Agent Inc.** by leaving the same with **Tracie Ellis, Senior Assiciate, a White Female, approximately 35 years of age, 5'5", 130 lbs, with Brown hair and was not wearing glasses.**

I declare under penalties of perjury that the information contained herein is true and correct.

Jeffrey Palmer, Lic # 117-001119
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 505
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me on the 21st day of May, 2015.

Joan C. Harenberg
NOTARY PUBLIC

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/28/17



CLIENT: Edelman, Combs, Latturner & Goodwin, LLC
FILE #:

Tracking #: 310354